82,426-02

Robert Padilla, Jr. #1412161
George Beto Unit
1391 FM 3328
Tennessee Colony, TX 75880

January 28, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 05 2015
Abel Acosta, Clerk

Court of Criminal Appeals
P.O. Box 12308, Capital Station
Austin, Texas 78711

RE: WR-82,426-02

Dear Honorable Clerk:

I received an order from the Court regarding my application for a writ of habeas corpus; Trial Court Cause No. 06-921-K368. The documentation was incomplete. I only received one (1) page; only a portion of the order.

I would very much appreciate you forwarding me the remainder of the order.

Thank you for your time and attention.

Sincerely,

Robert Padilla, Jr. Pro se
TDCJ-CID NO. 1412161
George Beto Unit
1391 FM 3328
Tennessee Colony, TX 75880